Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–18186–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eugene Blessing Jr.
7 Pear Court
Flemington, NJ 08822

Social Security No.:
xxx–xx–2163

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 4/24/2018 and a confirmation hearing on such Plan has been scheduled for 9/11/2018.

The debtor filed a Modified Plan on 09/04/2018 and a confirmation hearing on the Modified Plan is scheduled for 10/9/2018@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 5, 2018
JAN: vpm

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 18-18186-MBK
Eugene Blessing, Jr.                                              Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin                 Page 1 of 3            Date Rcvd: Sep 05, 2018
                           Form ID: 186                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db            +Eugene Blessing, Jr.,    7 Pear Court,    Flemington, NJ 08822-2051
517473675     +American Express,    c/o Central Credit Services,    500 North Franklin Turnpike, Ste 200,
                Ramsey, NJ 07446-1178
517473676     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
517559566      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
517473678     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517473677     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517473679     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517473680     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517473682     +Barclays Bank Delaware/Juniper,    100 S West St,    Wilmington, DE 19801-5015
517473685     +Capital One,    c/o Northland Group,    PO Box 390905, Mail Code KHL1,
                Minneapolis, MN 55439-0905
517596425      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517473686     +Central Credit Services LLC,    500 North Fraanklin Turnpike,    Suite 200,
                Ramsey, NJ 07446-1178
517473689     +Citibank,   c/o Northland Group,    PO Box 390905, Mail Code CBK10,    Minneapolis, MN 55439-0905
517473688     +Citibank,   Po Box 6241,    Sioux Falls, SD 57117-6241
517473687     +Citibank,   Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517473693     +Costco Go Anywhere Citicard,    Po Box 6190,    Sioux Falls, SD 57117-6190
517473692     +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                St Louis, MO 63179-0040
517479543    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   FORD MOTOR CREDIT COMPANY LLC,     DEPT. 55953,    PO BOX 55000,
                DETROIT, MI.  48255-0953)
517473695     +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
517473703     +Kelly Blessing,   7 Pear Court,    Flemington, NJ 08822-2051
517473712     +Kohls/Capital One,    c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517473718     +PayPal,   P.O. Box 5138,    Timonium, MD 21094-5138
517473719     +Raritan Township Tax Collector,    1 Municipal Drive,    Flemington, NJ 08822-3446
517473715    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                Compliance & Enforcement Bankruptcy Unit,    50 Barracks St., 9th Flr,    PO Box 245,
                Trenton, NJ 08695-0267)
517473725     +Synchrony Bank/Amazon,    c/o Selip & Stylianou, LLP,    10 Forest Ave., Ste 300,
                Paramus, NJ 07652-5238
517473730     +Synchrony Bank/Olds Navy,    c/o Selip & Stylianou, LLP,    10 Forest Ave., Ste 300,
                Paramus, NJ 07652-5238
517473735     +Synchrony Bank/Walmart,    c/o Selip & Stylianou, LLP,    10 Forest Ave., Ste 300,
                Paramus, NJ 07652-5238
517473736     +Taylor Blessing,   2 Pear Court,    Flemington, NJ 08822-2051
517514969     +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517606140     +Your Smile LLC,    c/o Lawrence Wissner, DDS,    6 Fawn Drive,    Flemington, NJ 08822-2602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:13      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517473684      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 00:24:26      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238
517473683     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 00:26:08      Capital One,
                Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517473690     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 00:30:54      Comenity Capital Bank/HSN,
                Po Box 182125,    Columbus, OH 43218-2125
517473691     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 00:30:54      Comenity Capital Bank/HSN,
                995 W 122nd Ave,    Westminster, CO 80234-3417
517609289     +E-mail/Text: bncmail@w-legal.com Sep 06 2018 00:31:21      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517473698     +E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 00:30:33      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517473702     +E-mail/Text: BKRMailOPS@weltman.com Sep 06 2018 00:30:46      Kay Jewelers,
                c/o Sterling Jewelers, Inc.,    375 Ghent Road,    Akron, OH 44333-4600
517473710     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 00:30:22      Kohls/Capital One,
                Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517473711     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 00:30:22      Kohls/Capital One,
                Po Box 3115,   Milwaukee, WI 53201-3115
517614892      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 00:25:23
                LVNV Funding, LLC its successors and assigns as,     assignee of LendingClub Corporation &,
                LC Trust I,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Sep 05, 2018
                              Form ID: 186             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517614894          E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 00:26:18
                   LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517473713         +E-mail/Text: bk@lendingclub.com Sep 06 2018 00:31:40      Lending Club Corp,   71 Stevenson St,
                   Suite 300,   San Francisco, CA 94105-2985
517591064         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2018 00:31:09      Midland Funding LLC,
                   PO Box 2011,   Warren, MI 48090-2011
517599313          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 00:26:12
                   Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517473716         +E-mail/Text: recovery@paypal.com Sep 06 2018 00:30:12      PayPal,
                   Attn Managing Agent/President,    2211 North First Street,    San Jose, CA 95131-2021
517473717         +E-mail/Text: recovery@paypal.com Sep 06 2018 00:30:12      Paypal,   c/o Worldwide Operations,
                   12312 Port Grace Boulevard,    La Vista, NE 68128-8236
517622428          E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 00:31:05
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                   Kirkland, WA 98083-0788
517591400          E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 00:31:05
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
517473720          E-mail/Text: jennifer.chacon@spservicing.com Sep 06 2018 00:32:06      Select Portfolio Servicng,
                   PO Box 65250,   Salt Lake City, UT 84165-0250
517477317         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:27      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517473721         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:15      Synchrony Bank/ Old Navy,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473722         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:15      Synchrony Bank/ Old Navy,
                   Po Box 965005,   Orlando, FL 32896-5005
517473723         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:27      Synchrony Bank/Amazon,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473724         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:27      Synchrony Bank/Amazon,
                   Po Box 965015,   Orlando, FL 32896-5015
517473726         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:06      Synchrony Bank/Care Credit,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473727         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:15      Synchrony Bank/Care Credit,
                   Po Box 965005,   Orlando, FL 32896-5005
517473728         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:15      Synchrony Bank/Lowes,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473729         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:14      Synchrony Bank/Lowes,
                   Po Box 965005,   Orlando, FL 32896-5005
517473731         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:15      Synchrony Bank/QVC,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473732         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:14      Synchrony Bank/QVC,
                   Po Box 965005,   Orlando, FL 32896-5005
517473733         +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:26:08      Synchrony Bank/Walmart,
                   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517473734          E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:15      Synchrony Bank/Walmart,
                   Po Box 965024,   El Paso, TX 79998
517473738         +E-mail/Text: vci.bkcy@vwcredit.com Sep 06 2018 00:31:20      VW Credit, Inc.,   PO Box 3,
                   Hillsboro, OR 97123-0003
517473737         +E-mail/Text: vci.bkcy@vwcredit.com Sep 06 2018 00:31:20      Volkswagen Credit, Inc,   PO Box 3,
                   Hillsboro, OR 97123-0003
                                                                                              TOTAL: 36

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517473681*       +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
517473694*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,   National Bankruptcy Service Center,
                   Po Box 62180,   Colorado Springs, CO 80962)
517473696*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   PO Box 6275,
                   Dearborn, MI 48121)
517473697*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,   Ford Motor Credit,   PO Box 6275,
                   Dearborn, MI 48121)
517473699*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517473700*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517473701*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
517473704*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473705*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473706*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473707*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473708*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473709*       +Kelly Blessing,   7 Pear Court,   Flemington, NJ 08822-2051
517473714*       +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
517513322*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Div. of Taxation,   P.O. Box 245,
                   Trenton NJ  08695)
                                                                                      TOTALS: 0, * 15, ## 0
```

```
District/off: 0312-3          User: admin              Page 3 of 3         Date Rcvd: Sep 05, 2018
                              Form ID: 186             Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:

```
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson    on behalf of Debtor Eugene  Blessing, Jr. wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 5
```