| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Eugene Blessing, Jr.<br>Our File No.   161.57119 | **Order Filed on October 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Eugene Blessing, Jr., Debtor(s) | CASE NO.: 18-18186<br>CHAPTER 13<br><br>HEARING DATE: 10/9/2018<br>JUDGE: Michael B. Kaplan |

## ORDER ALLOWING AND FIXING AMOUNT OF
## RARITAN TOWNSHIP TAX CLAIM

The relief set forth on the following pages, numbered two through ____, is hereby ORDERED.

**DATED: October 12, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor(s): Eugene Blessing, Jr.
Case No.: 18-18186 (MBK)
Caption of Order: **ORDER ALLOWING AND FIXING AMOUNT OF RARITAN TOWNSHIP TAX CLAIM**

Upon the motion of William S. Wolfson, Esq., attorney for Eugene Blessing, Jr., it is hereby

ORDERED that

1. Raritan Township Taxes owed by the debtor and/or his wife, Kelly Blessing who has filed a related case, are fixed in the amount of $2,221.

2. The debtor is authorized is authorized to file a late real property tax claim for the Raritan Township Tax Collector in the amount of $2,221. The Chapter 13 Trustee shall pay this as a priority tax debt in accordance with Bankruptcy Code Section 507.

3. The movant shall serve this order on the debtor, Chapter 13 Trustee, Select Portfolio Services and any other party who entered an appearance on the motion within 7 days.