| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Eugene Blessing, Jr.<br>Our File No.   161.57119 | **Order Filed on October 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Eugene Blessing, Jr., Debtor(s) | CASE NO.: 18-18186<br>CHAPTER 13<br><br>HEARING DATE: 10/9/2018<br>JUDGE: Michael B. Kaplan |

**ORDER ALLOWING AND FIXING AMOUNT OF
RARITAN TOWNSHIP TAX CLAIM**

The relief set forth on the following pages, numbered two through ____, is hereby ORDERED.

**DATED: October 12, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

Page 2
Debtor(s): Eugene Blessing, Jr.
Case No.: 18-18186 (MBK)
Caption of Order: **ORDER ALLOWING AND FIXING AMOUNT OF RARITAN TOWNSHIP TAX CLAIM**

Upon the motion of William S. Wolfson, Esq., attorney for Eugene Blessing, Jr., it is hereby

ORDERED that

1. Raritan Township Taxes owed by the debtor and/or his wife, Kelly Blessing who has filed a related case, are fixed in the amount of $2,221.

2. The debtor is authorized is authorized to file a late real property tax claim for the Raritan Township Tax Collector in the amount of $2,221. The Chapter 13 Trustee shall pay this as a priority tax debt in accordance with Bankruptcy Code Section 507.

3. The movant shall serve this order on the debtor, Chapter 13 Trustee, Select Portfolio Services and any other party who entered an appearance on the motion within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene Blessing, Jr.  
      Debtor

Case No. 18-18186-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 12, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db          +Eugene Blessing, Jr.,    7 Pear Court,    Flemington, NJ 08822-2051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William S. Wolfson    on behalf of Debtor Eugene  Blessing, Jr. wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
                                                                                                  TOTAL: 6