UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on November 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Eugene Blessing, Jr.

Case No.:  _____18-18186_____

Hearing Date:  _____11/13/2018_____

Judge:  _____Michael B. Kaplan_____

Chapter:  _____13_____

Recommended Local Form:   ☑  Followed    ☐  Modified

## ORDER DENYING MOTION

### TO CONSOLIDATE THE FOLLOWING CASES: 18-18186 and 16-33252

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____9/18_____, 20 _18_ by

_William S. Wolfson_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*