| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Eugene Blessing<br>Our File No.   161.57178 | Order Filed on February 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN THE MATTER OF<br><br>Eugene Blessing, Debtor(s) | CASE NO.: 18-18186<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: February 26, 2019<br>JUDGE: Michael B. Kaplan |

### ORDER VACATING ORDER TO PAY REAL PROPERTY TAXES AND TO AMEND CONFIRMATION ORDER DUE TO PRIOR PAYMENT

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: February 28, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor(s): Blessing/Eugene,
Case No.: 18-18186
Caption of Order: ORDER VACATING ORDER TO PAY REAL PROPERTY TAXES AND TO AMEND CONFIRMATION ORDER DUE TO PRIOR PAYMENT
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for Eugene Blessing, Jr., and on notice to the Raritan Township Tax Collector, Select Portfolio Servicing, LLC, Aleisha Jennings, Esq. as attorney of record for Select Portfolio Servicing and Albert Russo as Chapter 13 Standing Trustee , William S. Wolfson appearing on behalf of the debtor and for good cause shown, it is hereby;

ORDERED that

1. Pursuant to the tax records of the Raritan Township Tax Collector, the debtor's 2018 taxes have been paid in full.
2. The Chapter 13 Trustee shall make no distribution to the Raritan Township Tax Collector.
3. The debtor is not required to modify or amend the Chapter 13 plan.
4. The Order Confirming Chapter 13 Plan dated December 19, 2018 shall be amended to remove the requirement for a proof of claim to be filed by the Raritan Township Tax Collector.
5. A copy of this Order shall be served on the Raritan Township Tax Collector, Select Portfolio Servicing, Inc., attorney for Select Portfolio Servicing, Inc., Standing Chapter 13 Trustee, debtor and any other party who entered an appearance on the matter within 7 days.