| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Eugene Blessing<br>Our File No.   161.57178 | **Order Filed on February 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN THE MATTER OF<br><br>Eugene Blessing, Debtor(s) | CASE NO.: 18-18186<br>CHAPTER 13<br>ADV NO.:<br>HEARING DATE: February 26, 2019<br>JUDGE: Michael B. Kaplan |

### ORDER VACATING ORDER TO PAY REAL PROPERTY TAXES AND TO AMEND CONFIRMATION ORDER DUE TO PRIOR PAYMENT

The relief set forth on the following pages, numbered one through two, is hereby ORDERED.

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Blessing/Eugene,
Case No.: 18-18186
Caption of Order: ORDER VACATING ORDER TO PAY REAL PROPERTY TAXES AND TO AMEND CONFIRMATION ORDER DUE TO PRIOR PAYMENT
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for Eugene Blessing, Jr., and on notice to the Raritan Township Tax Collector, Select Portfolio Servicing, LLC, Aleisha Jennings, Esq. as attorney of record for Select Portfolio Servicing and Albert Russo as Chapter 13 Standing Trustee, William S. Wolfson appearing on behalf of the debtor and for good cause shown, it is hereby;

ORDERED that

1. Pursuant to the tax records of the Raritan Township Tax Collector, the debtor's 2018 taxes have been paid in full.
2. The Chapter 13 Trustee shall make no distribution to the Raritan Township Tax Collector.
3. The debtor is not required to modify or amend the Chapter 13 plan.
4. The Order Confirming Chapter 13 Plan dated December 19, 2018 shall be amended to remove the requirement for a proof of claim to be filed by the Raritan Township Tax Collector.
5. A copy of this Order shall be served on the Raritan Township Tax Collector, Select Portfolio Servicing, Inc., attorney for Select Portfolio Servicing, Inc., Standing Chapter 13 Trustee, debtor and any other party who entered an appearance on the matter within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene Blessing, Jr.  
      Debtor

Case No. 18-18186-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 01, 2019  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db           +Eugene Blessing, Jr.,    7 Pear Court,    Flemington, NJ 08822-2051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William S. Wolfson    on behalf of Debtor Eugene  Blessing, Jr. wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net  
                                                                                                  TOTAL: 6