| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for VW Credit, Inc. as servicing agent for VW Credit Leasing, Ltd.* | Order Filed on October 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Eugene Blessing, Jr.<br><br>                                 Debtor. | Chapter: 13<br><br>Case No.: 18-18186-MBK<br><br>Hearing Date: November 17, 2020<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Debtor: Eugene Blessing Jr.
Case No.: 18-18186-MBK
Caption of Order: **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by VW Credit, Inc. as servicing agent for VW Credit Leasing, Ltd. ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The Debtor is deemed to have surrendered the Vehicle to Creditor and the automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2017 Volkswagen GLI; VIN: 3VW5T7AJ9HM400982 (**"Vehicle").

2. Creditor has complete relief to take any and all steps necessary to liquidate its interest in the Vehicle, but Creditor shall not obtain *in personam* relief against the Debtor.

**STIPULATED AND AGREED:**


*/s/William S. Wolfson*  */s/Gavin N. Stewart*
William S. Wolfson, Esquire  Gavin N. Stewart, Esquire
William S. Wolfson, LLC  Stewart Legal Group, P.L.
260 US Highway 202 31 Suite 1100  401 East Jackson Street, Suite 2340
Flemington, NJ 08822  Tampa, FL 33602
Telephone: (908) 782-9333  Telephone: (813) 371-1231
E-mail: wwolfsonlaw@comcast.net  E-mail: gavin@stewartlegalgroup.com
*Counsel to Debtor*  *Counsel to Creditor*