UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for VW Credit, Inc. as servicing agent for VW Credit Leasing, Ltd.*

In re:

Eugene Blessing, Jr.

Debtor.

Order Filed on October 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 18-18186-MBK

Hearing Date: November 17, 2020

Judge Michael B. Kaplan

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Eugene Blessing Jr.
Case No.: 18-18186-MBK
Caption of Order: **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by VW Credit, Inc. as servicing agent for VW Credit Leasing, Ltd. ("Creditor"), and whereas the Debtor and Creditor are in agreement, it is **ORDERED**:

1. The Debtor is deemed to have surrendered the Vehicle to Creditor and the automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the personal property described as **2017 Volkswagen GLI; VIN: 3VW5T7AJ9HM400982** ("Vehicle").

2. Creditor has complete relief to take any and all steps necessary to liquidate its interest in the Vehicle, but Creditor shall not obtain *in personam* relief against the Debtor.

**STIPULATED AND AGREED:**

*/s/William S. Wolfson*
William S. Wolfson, Esquire
William S. Wolfson, LLC
260 US Highway 202 31 Suite 1100
Flemington, NJ 08822
Telephone: (908) 782-9333
E-mail: wwolfsonlaw@comcast.net
*Counsel to Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esquire
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Telephone: (813) 371-1231
E-mail: gavin@stewartlegalgroup.com
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-18186-MBK

Eugene Blessing, Jr.                                                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Blessing, Jr., 7 Pear Court, Flemington, NJ 08822-2051 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020                    Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor VW Credit  Inc. bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1

William S. Wolfson on behalf of Debtor Eugene Blessing  Jr. wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

TOTAL: 7