William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Eugene Blessing
Our File No.   161.57178
WW 4019

Order Filed on December 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT |
|---|---|
| Eugene Blessing, Debtor | DISTRICT OF NEW JERSEY<br>JUDGE: Honorable Michael B. Kaplan<br>CASE NO.: 18-18186<br>CHAPTER 13<br>HEARING DATE: 8/4/2020 |
| | **CONSENT ORDER DECLARING INTERNAL REVENUE SERVICE'S PROOFS OF CLAIM PAID IN FULL, TO COMPEL REFUND OF INTERNAL REVENUE SERVICE'S TAXES PAID BY THE CHAPTER 13 TRUSTEE, DIRECTING CHAPTER 13 TRUSTEE TO RELEASE AND APPLY FUNDS PAID BY THE INTERNAL REVENUE SERVICE AND HELD IN SUSPENSE AND FOR OTHER RELIEF** |

The following relief set forth on pages 2 through 3 is hereby ordered

**DATED: December 3, 2020**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

1

In the Matter of Eugene Blessing
Case No.: 18-18186 (MBK)
Consent Order Declaring Internal Revenue Service's Proofs of Claim Paid in Full, To Compel Refund of Internal Revenue Service's Taxes Paid by the Chapter 13 Trustee, Directing Chapter 13 Trustee to Release and Apply Funds Paid by the Internal Revenue Service and Held in Suspense and for Other Relief
Page 2

1. The debtor and the United States of America agree and the Court finds that the Internal Revenue Service has refunded the sum of $8,295.30 to the Chapter 13 Standing Trustee.

2. The Chapter 13 Standing Trustee shall correct and/or adjust its records as necessary to apply $3,386.57 to the debtor's case (In re Eugene Blessing 18-18186) for a 2013 tax overpayment as previously agreed upon.

3. The Chapter 13 Standing Trustee shall correct and/or adjust its records as necessary to apply $4,908.73 to the debtor's wife's companion case (In re Kelly Blessing 16-33252).

4. A final overpayment of $97.70 for tax year 2014 is pending from the Internal Revenue Service to the Chapter 13 Trustee. Upon receipt from the Internal Revenue Service, the Chapter 13 Standing Trustee shall apply these funds to the companion case (In re Kelly Blessing 16-33252).

5. Counsel for the debtors and Counsel for the United States of America appearing for the Internal Revenue Service stipulate and agree that all money owed by the debtors in either case to the Internal Revenue Service has been paid in full and the Court so finds.

In the Matter of Eugene Blessing
Case No.: 18-18186 (MBK)
Consent Order Declaring Internal Revenue Service's Proofs of Claim Paid in Full, To Compel Refund of Internal Revenue Service's Taxes Paid by the Chapter 13 Trustee, Directing Chapter 13 Trustee to Release and Apply Funds Paid by the Internal Revenue Service and Held in Suspense and for Other Relief
Page 3

6. Counsel for the United States of America appearing for the Internal Revenue Service shall continue to monitor this case until all overpayments to the Internal Revenue Service are refunded back to the Chapter 13 Trustee.

7. A copy of this order shall be entered in the companion case *In the Matter of Kelly Blessing Case No. 16-33252 MBK* and shall be binding upon the parties therein.

8. A copy of this order shall be served by debtor's counsel on all attorneys and/or parties appearing on this motion within 7 days.

I consent to the form and entry of this order

United States of America for the Internal Revenue Service

BY: _____ Dated: _____ 2020
Eamonn O'Hagan
Digitally signed by EAMONN O'HAGAN
Date: 2020.11.23 20:55:40 -05'00'
Senior Bankruptcy Counsel
U.S. Attorney's Office
District of New Jersey

_____ Dated: NW. 24    2020
William S. Wolfson, Esq.
Attorney for Eugene Blessing and Kelly Blessing

3