William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Eugene Blessing
Our File No.   161.57178
WW 4019

Order Filed on December 3, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT |
|---|---|
| Eugene Blessing, Debtor | DISTRICT OF NEW JERSEY<br>JUDGE: Honorable Michael B. Kaplan<br>CASE NO.: 18-18186<br>CHAPTER 13<br>HEARING DATE: 8/4/2020 |
| | **CONSENT ORDER DECLARING INTERNAL REVENUE SERVICE'S PROOFS OF CLAIM PAID IN FULL, TO COMPEL REFUND OF INTERNAL REVENUE SERVICE'S TAXES PAID BY THE CHAPTER 13 TRUSTEE, DIRECTING CHAPTER 13 TRUSTEE TO RELEASE AND APPLY FUNDS PAID BY THE INTERNAL REVENUE SERVICE AND HELD IN SUSPENSE AND FOR OTHER RELIEF** |

The following relief set forth on pages 2 through 3 is hereby ordered

**DATED: December 3, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

In the Matter of Eugene Blessing
Case No.: 18-18186 (MBK)
Consent Order Declaring Internal Revenue Service's Proofs of Claim Paid in Full, To Compel Refund of Internal Revenue Service's Taxes Paid by the Chapter 13 Trustee, Directing Chapter 13 Trustee to Release and Apply Funds Paid by the Internal Revenue Service and Held in Suspense and for Other Relief
Page 2

1. The debtor and the United States of America agree and the Court finds that the Internal Revenue Service has refunded the sum of $8,295.30 to the Chapter 13 Standing Trustee.

2. The Chapter 13 Standing Trustee shall correct and/or adjust its records as necessary to apply $3,386.57 to the debtor's case (In re Eugene Blessing 18-18186) for a 2013 tax overpayment as previously agreed upon.

3. The Chapter 13 Standing Trustee shall correct and/or adjust its records as necessary to apply $4,908.73 to the debtor's wife's companion case (In re Kelly Blessing 16-33252).

4. A final overpayment of $97.70 for tax year 2014 is pending from the Internal Revenue Service to the Chapter 13 Trustee. Upon receipt from the Internal Revenue Service, the Chapter 13 Standing Trustee shall apply these funds to the companion case (In re Kelly Blessing 16-33252).

5. Counsel for the debtors and Counsel for the United States of America appearing for the Internal Revenue Service stipulate and agree that all money owed by the debtors in either case to the Internal Revenue Service has been paid in full and the Court so finds.

In the Matter of Eugene Blessing
Case No.: 18-18186 (MBK)
Consent Order Declaring Internal Revenue Service's Proofs of Claim Paid in Full, To Compel Refund of Internal Revenue Service's Taxes Paid by the Chapter 13 Trustee, Directing Chapter 13 Trustee to Release and Apply Funds Paid by the Internal Revenue Service and Held in Suspense and for Other Relief
Page 3

6. Counsel for the United States of America appearing for the Internal Revenue Service shall continue to monitor this case until all overpayments to the Internal Revenue Service are refunded back to the Chapter 13 Trustee.

7. A copy of this order shall be entered in the companion case *In the Matter of Kelly Blessing Case No. 16-33252 MBK* and shall be binding upon the parties therein.

8. A copy of this order shall be served by debtor's counsel on all attorneys and/or parties appearing on this motion within 7 days.

I consent to the form and entry of this order

United States of America for the Internal Revenue Service
BY: _____ Dated: 2020
Eamonn O'Hagan
Digitally signed by EAMONN O'HAGAN
Date: 2020.11.23 20:55:40 -05'00'
Senior Bankruptcy Counsel
U.S. Attorney's Office
District of New Jersey

_____ Dated: NW. 24  2020
William S. Wolfson, Esq.
Attorney for Eugene Blessing and Kelly Blessing

3

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-18186-MBK

Eugene Blessing, Jr.  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Dec 03, 2020  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

**Recip ID**    **Recipient Name and Address**
db    + Eugene Blessing, Jr., 7 Pear Court, Flemington, NJ 08822-2051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor VW Credit  Inc. bk@stewartlegalgroup.com

Rebecca Ann Solarz
    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Dec 03, 2020 Form ID: pdf903 Total Noticed: 1

William S. Wolfson
                on behalf of Debtor Eugene Blessing  Jr. wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net

TOTAL: 7