Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−18186−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eugene Blessing Jr.
7 Pear Court
Flemington, NJ 08822

Social Security No.:
xxx−xx−2163

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    8/11/21
Time:    01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William S. Wolfson, Debtor's Attorney

COMMISSION OR FEES
FEES $3,540.00

EXPENSES
$5.75

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 8, 2021
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-18186-MBK |
| Eugene Blessing, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 08, 2021 | Form ID: 137 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene Blessing, Jr., 7 Pear Court, Flemington, NJ 08822-2051 |
| cr | + | VW Credit, Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 517473676 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517473675 | + | American Express, c/o Central Credit Services, 500 North Franklin Turnpike, Ste 200, Ramsey, NJ 07446-1160 |
| 517559566 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517473678 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517473677 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517473679 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517473680 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517473682 | + | Barclays Bank Delaware/Juniper, 100 S West St, Wilmington, DE 19801-5015 |
| 517473685 | + | Capital One, c/o Northland Group, PO Box 390905, Mail Code KHL1, Minneapolis, MN 55439-0905 |
| 517596425 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517473686 | + | Central Credit Services LLC, 500 North Fraanklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 517473689 | + | Citibank, c/o Northland Group, PO Box 390905, Mail Code CBK10, Minneapolis, MN 55439-0905 |
| 517473693 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 517473692 | + | Costco Go Anywhere Citicard, Centralized Bk/Citicorp Credit Card Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517479543 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 517473695 | + | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517473703 | + | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473712 | + | Kohls/Capital One, c/o Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517473719 | + | Raritan Township Tax Collector, 1 Municipal Drive, Flemington, NJ 08822-3446 |
| 517473715 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance & Enforcement Bankruptcy Unit, 50 Barracks St., 9th Flr, PO Box 245, Trenton, NJ 08695-0267 |
| 517473720 | | Select Portfolio Servicng, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517473725 | + | Synchrony Bank/Amazon, c/o Selip & Stylianou, LLP, 10 Forest Ave., Ste 300, Paramus, NJ 07652-5238 |
| 517473730 | + | Synchrony Bank/Olds Navy, c/o Selip & Stylianou, LLP, 10 Forest Ave., Ste 300, Paramus, NJ 07652-5238 |
| 517473735 | + | Synchrony Bank/Walmart, c/o Selip & Stylianou, LLP, 10 Forest Ave., Ste 300, Paramus, NJ 07652-5238 |
| 517473736 | + | Taylor Blessing, 2 Pear Court, Flemington, NJ 08822-2051 |
| 517514969 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517606140 | + | Your Smile LLC, c/o Lawrence Wissner, DDS, 6 Fawn Drive, Flemington, NJ 08822-2602 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2021 20:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2021 20:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517473684 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 20:25:56 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517473683 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 18-18186-MBK    Doc 60    Filed 07/10/21    Entered 07/11/21 00:12:25    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 137 | Total Noticed: 69 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 08 2021 20:25:44 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517473688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2021 20:25:56 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 517473687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2021 20:25:57 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 517473690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2021 20:20:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 517473691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2021 20:20:00 | Comenity Capital Bank/HSN, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 517609289 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 08 2021 20:20:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517473698 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2021 20:20:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517473702 | + | Email/Text: BKRMailOPS@weltman.com | Jul 08 2021 20:20:00 | Kay Jewelers, c/o Sterling Jewelers, Inc., 375 Ghent Road, Akron, OH 44333-4600 |
| 517473711 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 08 2021 20:20:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517473710 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 08 2021 20:20:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517614892 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 20:25:44 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517614894 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 20:25:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517473713 | + | Email/Text: bk@lendingclub.com | Jul 08 2021 20:20:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 517591064 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2021 20:20:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517599313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 20:25:43 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517473716 | + | Email/Text: recovery@paypal.com | Jul 08 2021 20:20:00 | PayPal, Attn Managing Agent/President, 2211 North First Street, San Jose, CA 95131-2021 |
| 517473718 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | PayPal, P.O. Box 5138, Timonium, MD 21094-5138 |
| 517473717 | + | Email/Text: recovery@paypal.com | Jul 08 2021 20:20:00 | Paypal, c/o Worldwide Operations, 12312 Port Grace Boulevard, La Vista, NE 68128-8236 |
| 517622428 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2021 20:20:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517591400 | | Email/Text: bnc-quantum@quantum3group.com | Jul 08 2021 20:20:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518140944 | + | Email/Text: bncmail@w-legal.com | Jul 08 2021 20:20:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518140945 | + | Email/Text: bncmail@w-legal.com | Jul 08 2021 20:20:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS |

Case 18-18186-MBK    Doc 60    Filed 07/10/21    Entered 07/11/21 00:12:25    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 137 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 517477317 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517473721 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473722 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517473723 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473724 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:44 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517473726 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473727 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:43 | Synchrony Bank/Care Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 517473728 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:48 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473729 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517473731 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:42 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473732 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:55 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 517473733 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:54 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517473734 | | Email/PDF: gecsedi@recoverycorp.com | Jul 08 2021 20:25:48 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |
| 517473738 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 08 2021 20:20:00 | VW Credit, Inc., PO Box 3, Hillsboro, OR 97123-0003 |
| 517473737 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 08 2021 20:20:00 | Volkswagen Credit, Inc, PO Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517473681 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517473694 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 517473696 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Corporation, Ford Motor Credit, PO Box 6275, Dearborn, MI 48121 |
| 517473697 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Corporation, Ford Motor Credit, PO Box 6275, Dearborn, MI 48121 |
| 517473699 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517473700 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517473701 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517473704 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473705 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473706 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473707 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473708 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |
| 517473709 | *+ | Kelly Blessing, 7 Pear Court, Flemington, NJ 08822-2051 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: 137 | Total Noticed: 69 |

| | | |
|---|---|---|
| 517473714 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 517513322 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Div. of Taxation, P.O. Box 245, Trenton NJ 08695 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021                Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Eugene Blessing Jr. wwolfsonlaw@comcast.net, liza.wwolfsonlaw@comcast.net |

TOTAL: 7